UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES G. SEUBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV01651AGF |
| | ) | |
| FFE TRANSPORTATION SERVICES, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendants' motion for reconsideration or clarification of this Court's Order (Doc. No 105) of April 23, 2013. In that Order this Court allowed Plaintiff to present a claim for lost profits on the condition that he disclose all documents and evidence related to the 2011 tax return and immediately make himself available for further deposition regarding his tax return and lost profits. The Order also required that Plaintiff reimburse Defendants for the cost of the deposition and attorney's fees; and pay the expert's fees associated with the supplementation of the expert report. Defendants now seek an order providing that Plaintiff is required to pay not only the expenses associated with the supplementation of the expert's report, but also for the expenses and attorney's fees associated with re-deposing the expert.

Upon consideration of Defendant's motion,

1

**IT IS HEREBY ORDERED** that Defendants' motion for reconsideration or clarification is **GRANTED in part and DENIED in part**. (Doc. No. 110)

**IT IS FURTHER ORDERED** that Plaintiff shall be required to pay the expert's fees and expenses associated with any supplemental deposition of the expert, but shall not be required to reimburse Defendants for any attorney's fees or expenses, associated with any such deposition.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 1st day of May, 2013.